# Third District Court of Appeal

### State of Florida

Opinion filed January 31, 2024.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D23-1716
Lower Tribunal No. F03-15218

————————————

## Henry A. Thomas,
Appellant,

vs.

## The State of Florida,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Henry A. Thomas, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Baker v. State</u>, 878 So. 2d 1236, 1245 (Fla. 2004) ("The remedy of habeas corpus is not available in Florida to obtain the kind of collateral postconviction relief available by motion in the sentencing court pursuant to rule 3.850.").